## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS CORPORATION and <br> NOVARTIS PHARMACEUTICALS <br> CORPORATION <br>                 Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC., and <br> TEVA PHARMACEUTICALS USA, INC. <br><br>                 Defendants. | Civil Action No. 08-459-SLR <br> Civil Action No. 08-952-SLR <br><br> PROPOSED FOR <br> CONSOLIDATION |

## STIPULATION AND ORDER OF CONSOLIDATION

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, subject to the approval of the Court, that *Novartis Corporation, et al., v. Teva Parenteral Medicines, Inc., et al.*, C.A. No. 08-459-SLR (D.Del.) and *Novartis Corporation, et al., v. Teva Parenteral Medicines, Inc., et al.*, C.A. No. 08-952-SLR (D.Del.), be and upon approval are, consolidated for all purposes. Upon approval, all filings shall be made only in C.A. No. 08-459-SLR. The parties shall submit a proposed Scheduling Order for Consolidated Cases forthwith.

| | |
|---|---|
| /s/ Frederick L. Cottrell, III (fc2555) | /s/ Richard D. Kirk (rk0922) |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (rk0922) |
| Anne Shea Gaza (#4093) | Stephen B. Brauerman (sb4952) |
| RICHARDS LAYTON & FINGER, P.A. | BAYARD, P.A. |
| One Rodney Square | 222 Delaware Avenue, Suite 900 |
| 920 North King Street | P.O. Box 25130 |
| Wilmington, DE 19801 | Wilmington, DE 19899-5130 |
| (302)651-7700 | (302) 655-5000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Of Counsel: | Of Counsel: |
| William F. Lee | Annemarie Hassett |
| Lisa J. Pirozzolo | Keith Zullow |
| Vinita Ferrera | Michael Beck |
| WILMER CUTLER PICKERING HALE AND DORR LLP | GOODWIN PROCTER LLP |
| 60 State Street | The New York Times Building |
| Boston, Massachusetts 02109 | 620 Eighth Avenue |
| (617)526-6000 | New York, NY 10018 |
| | (212) 813-8800 |
| Dated: March 2, 2009 | Dated: March 2, 2009 |

SO ORDERED this _____ day of March, 2009.

_____
United States District Judge